PER CURIAM.
Affirmed. See Jerome B. Grubart, Inc. v. Great Lakes Dredge & Dock Co., 513 U.S. 527, 115 S.Ct. 1043, 130 L.Ed.2d 1024 (1995)(maritime connection in berthing of pleasure boat); Sisson v. Ruby, 497 U.S. 358, 110 S.Ct. 2892, 111 L.Ed.2d 292 (1990)(docking vessel maritime activity); Forrester v. Ocean Marine Indem. Co., 11 F.3d 1213 (5th Cir.1993)(no duty to provide access to ves *1033 sel); Florida Fuels, Inc. v. Citgo Petroleum Corp., 6 F.3d 330 (5th Cir.1993)(same).